# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2025-2829
LT Case No. 16-2020-CF-011472-A
_____

EUGENIO GONZALEZ-MERLO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.801 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Eugenio Gonzalez-Merlo, Cross City, pro se.

James Uthmeier, Attorney General, and Adam B. Wilson,
Assistant Attorney General, Tallahassee, for Appellee.

June 2, 2026

PER CURIAM.

AFFIRMED.

LAMBERT, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____